**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

_____

I.B.E.W. Local No. 494 et al.

       **Plaintiffs**

   v.                              **Case No. 18-CV-1849**

Coates Electric, LLC

       **Defendant.**

_____

**PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, by their attorneys, hereby move the Court to grant default judgment in their favor and find that they combined are entitled to a judgment of $526,808.69 against Coates Electric, LLC.

This motion is supported by the attached memorandum of law, the declarations of Yingtao Ho and James Wilkinson and exhibits attached thereto, along with declarations and exhibits that the Plaintiffs filed with the Court in March of 2019.  See in particular docket #12, #13, #14-#18, #20-#35, and #41.

Respectfully submitted this 22nd day of April, 2021.

                                     /s/Yingtao Ho_____
                                     Yingtao Ho
                                     Christopher Ahrens
                                     Attorneys for Plaintiffs
                                     THE PREVIANT LAW FIRM S.C.
                                     310 West Wisconsin Avenue, Suite 100 MW
                                     Milwaukee, WI   53203
                                     Telephone: 414-271-4500
                                     Fax: 414-271-6308
                                     E-Mail: yh@previant.com