UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IBEW LOCAL 494, TERRANCE FAUST,
ROBERT KASCHAK, DOUGLAS CARTER,
TY JERANEK, JOSEPH GEHRING,
NICK GEHRING, ERIK JACOBI,
JEFF ROBLEE, MICHAEL HELT III,
BEN FISCHER, CHAD STEWART,
PAULA M. KALKA-ENGLISH,
JAMES WILKINSON, JAMES GAERTNER,
TERESE JESINSKI, TIM MCPHAIL,
PETE KOHL, DON STARTZMAN,
SAMUEL UTTECH, CAL FALKENBERG,
and BRUCE HOWARD,

      Plaintiffs,

  v.

COATES ELECTRIC LLC,
and BRODY COATES,

      Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case No. 18-cv-1849-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that default judgment is entered in favor of the plaintiffs and against defendant Coates Electric LLC in the amount of $526,808.67 to be allocated as indicated below:

| Name | Total Wages | Total Penalty | Bank Fees | Grand Total |
|---|---|---|---|---|
| **Tim McPhail** | $1,179.30 | $33,334.88 | | $34,514.18 |
| **Nick Gehring** | $0.00 | $13,490.88 | $30.00 | $13,520.88 |
| **Doug Carter** | $1,257.92 | $2,452.94 | | $3,710.86 |
| **Jim Gaertner** | $0.00 | $253.75 | | $253.75 |
| **Terrance Faust** | $0.00 | $12,264.72 | | $12,264.72 |
| **Jim Wilkinson** | $2,390.60 | $44,197.30 | $36.00 | $46,623.90 |
| **Terese Jesinski** | $0.00 | $232.00 | | $232.00 |
| **Pete Kohl** | $0.00 | $232.00 | | $232.00 |

| Name | Total Wages | Total Penalty | Bank Fees | Grand Total |
|---|---|---|---|---|
| **Don Starzman** | $1,572.40 | $38,429.46 | $24.00 | $40,025.86 |
| **Erik Jacobi** | $628.96 | $32,328.54 | $12.00 | $32,969.50 |
| **Cal Falkenberg** | $628.96 | $32,328.54 | | $32,957.50 |
| **Chad Stewart** | $235.86 | $31,762.48 | | $31,998.34 |
| **Bruce Howard** | $1,454.47 | $30,441.66 | $30.00 | $31,926.13 |
| **Glen Savage** | $3,813.07 | $41,008.19 | $12.00 | $44,833.26 |
| **Joe Gehring** | $0.00 | $6,243.12 | $30.00 | $6,273.12 |
| **Ty Jeranek** | $1,394.00 | $17,036.15 | $35.00 | $18,465.15 |
| **Paula M. Kalka-English** | $1,395.51 | $30,480.08 | $180.00 | $32,055.59 |
| **Michael Helt** | $628.96 | $32,870.13 | $12.00 | $33,511.09 |
| **Jeff Roblee** | $1,572.40 | $30,693.25 | | $32,265.65 |
| **Ben Fischer** | $0.00 | $1,593.07 | $24.00 | $1,617.07 |
| **Sam Utech** | $0.00 | $461.76 | | $461.76 |
| **Bob Kashak** | $3,616.80 | $39,784.80 | | $43,401.60 |
| **Walter Thornton** | $1,132.76 | $15,861.46 | $60.00 | $17,054.21 |
| **Justin Beatovic** | $1,139.97 | $14,500.58 | | $15,640.55 |
| | | Grand Total | | $526,808.67 |

**THE COURT ORDERS** that this case is **DISMISSED** as to Coates Electric LLC. The case has been administratively closed as to defendant Brody Coates pending the outcome of his bankruptcy proceedings.

Approved and dated in Milwaukee, Wisconsin this 2nd day of July, 2021.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk